IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:22-CR-03011-1-BCW |
| ) | |
| MICHAEL L. MURRAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge David Rush's Report and Recommendation denying Defendant's Motion to Suppress Evidence. (Doc. #27). On June 2, 2022, an evidentiary hearing was held (Doc. #24), and on August 10, 2022, Magistrate Judge Rush issued a Report and Recommendation. (Doc. #27). On August 24, 2022, Defendant objected to the Report and Recommendation. (Doc. #28). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Rush's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #27), Defendant's Motion to Suppress Evidence (Doc. #18) is DENIED. It is further

ORDERED that Magistrate Judge Rush's Report and Recommendation is to be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 7, 2022         /s/ Brian C. Wimes
                               JUDGE BRIAN C. WIMES
                               UNITED STATES DISTRICT COURT